UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

FILED
2007 MAY 15 PM 12:51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>PAUL ROSS EVANS,<br><br>Defendant. | § CRIMINAL NO. A07 CR-098 SS<br>§<br>§ **INDICTMENT**<br>§<br>§ [Vio: Ct. 1: 18 U.S.C. § 2332a(a)(2)(B) - Use &<br>§  Attempt to Use Weapon of Mass Destruction;<br>§ Cts. 2 & 4: 18 U.S.C. § 924(c)(1) - Use &<br>§ Carrying of a Destructive Device in Relation<br>§ to a Crime of Violence;<br>§ Ct. 3: 18 U.S.C. § 844(i) - Malicious Attempt<br>§ to Damage Building and Real Property, by<br>§ Means of Explosive and Fire;<br>§ Ct. 5: 18 U.S.C. § 922(g)(1) - Possession of<br>§ Destructive Device by Convicted Felon] |

**THE GRAND JURY CHARGES:**

### COUNT ONE
[Use and Attempt to Use Weapon of Mass Destruction]

On or about April 25, 2007, in Austin, Texas, within the Western District of Texas, the defendant,

**PAUL ROSS EVANS,**

who, without lawful authority, knowingly used and attempted to use a weapon of mass destruction, to wit: a destructive device, that is an explosive incendiary bomb, against any person or property within the United States, to wit: the Austin Woman's Health Center and its employees, patients, and visitors, and such property was used in interstate or foreign commerce or in an activity that affected interstate or foreign commerce.

In violation of Title 18, United States Code, Section 2332a(a)(2)(B).

## COUNT TWO
**[Use and Carrying of a Destructive Device in Relation to a Crime of Violence]**

On or about April 25, 2007, in Austin, Texas, within the Western District of Texas, the defendant,

**PAUL ROSS EVANS,**

during and in relation to a crime of violence, specifically, the use and attempted use of a weapon of mass destruction as charged in Count One, did knowingly use and carry a firearm, namely, a destructive device, to-wit: an explosive incendiary bomb.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) & (B)(ii).

## COUNT THREE
**[Malicious Attempt to Destroy Building by Means of Explosive]**

On or about April 25, 2007, in Austin, Texas, within the Western District of Texas, the defendant,

**PAUL ROSS EVANS,**

maliciously attempted to damage and destroy, by means of explosive and fire, a building and real property used in interstate or foreign commerce and in any activity affecting interstate and foreign commerce, to wit: the Austin Woman's Heath Center.

In violation of Title 18, United States Code, Section 844(i).

## COUNT FOUR
**[Use and Carrying of a Destructive Device in Relation to a Crime of Violence]**

On or about April 25, 2007, in Austin, Texas, within the Western District of Texas, the defendant,

**PAUL ROSS EVANS,**

during and in relation to a crime of violence, specifically, maliciously attempting to damage and destroy, by means of explosive and fire, a building and real property used in interstate or foreign commerce and in any activity affecting interstate and foreign commerce as charged in Count Three, did knowingly use and carry a firearm, namely, a destructive device, to-wit: an explosive incendiary bomb.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) & (B)(ii).

## COUNT FIVE
**[Possession of Destructive Device by a Convicted Felon]**

On or about April 25, 2007, in Austin, Texas, within the Western District of Texas, the defendant,

**PAUL ROSS EVANS,**

who had been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit: Aggravated Robbery, Cause Number CR23,086, Lufkin, Texas, on or about January 24, 2003, and Burglary of a Habitation, Cause Number 030100398CR, Conroe, Texas, on or about January 21, 2003, knowingly possessed in or affecting interstate and foreign commerce, a firearm destructive device, to wit: an explosive incendiary bomb with component parts that traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

MARK T. ROOMBERG
Assistant United States Attorney

GERALD C. CARRUTH
Assistant United States Attorney