UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 1 9 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. A-07-CR-098-SS |
| PAUL ROSS EVANS, | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION TO DISMISS

COMES NOW, the United States of America, by and through its undersigned counsel, Mark T. Roomberg, Assistant United States Attorney, and hereby files its Motion to Dismiss the Remaining Counts of the Indictment, and states:

Pursuant to the terms of the plea agreement, the United States moves to dismiss Counts Two through Five of the indictment at this time.

WHEREFORE, the United States respectfully requests that this honorable Court grant the government's Motion to Dismiss the Remaining Counts of the indictment.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

*[signature]*

MARK T. ROOMBERG
Assistant United States Attorney
Pa. Bar 46986
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7150

CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of October 2007, a true and correct copy of the foregoing instrument was hand-delivered to the Defendant's counsel:

Mr. Horatio Aldredge, Esquire
Federal Public Defenders' Office
800 Brazos, Suite 490
Austin, TX 78701

                                                  MARK T. ROOMBERG
                                                  Assistant United States Attorney